Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON, <br><br> Plaintiffs, <br> v. <br><br> LEWIS CONCRETE, INC., a Washington corporation, <br><br> Defendant, <br><br> HARBORSTONE CREDIT UNION, <br><br> Garnishee. | Cause No. 18-mc- 5008BHS <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on the Plaintiffs' Application for Writ of Garnishment for personal property in which the defendant/judgment debtor, Lewis Concrete, Inc., is believed to have substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Harborstone Credit Union in Lakewood, Washington.

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1700 024 td231905

The Court has reviewed the Application for Writ of Garnishment, the proposed Writ of Garnishment, as well as the record in this matter, and ORDERS:

1. The Clerk of the Court shall issue the Writ of Garnishment submitted by Plaintiffs' counsel on April 27, 2018.

Dated: April 30, 2018.

_____
Honorable Benjamin H. Settle
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT – 2
18-mc-

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1700 024 td231905